600

400 A.2d 626

Tanzer et al., v. Warner Company et al.

Appeal of Michael Tanzer and Deborah Tanzer.

Argued December 5, 1978. Stuart Peim, for appellants; Franklin Poul, for appellee, Warner Company; David H. Pittinsky, for appellees, Waste Resources Corp., Walter G. Arader, Rip W. Nichols, Ramsey G. DiLibero and Joseph W. Mento.

Before PRICE, SPAETH and WATKINS, JJ,

Order affirmed.

400 A.2d 626

Taylor v. Austin, Ind. and t/a 309 Marine
Supply, Appellant.

Reargument Denied Feb. 9, 1979.

Petition for Allowance of Appeal Denied March 1, 1979.

Reargument Denied Feb. 9, 1979.

Argued December 5, 1978. Emory W. Buck, for appellant; Louis Sager, for appellee.

Before VAN der VOORT, WIEAND and LIPEZ, JJ.

Order affirmed.